Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

CHARLOTTE, N. C.

JUN 2 9 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

vs.

Crim. No. 3:93CR00219-001

Gary Lynn Hardison

On 7/26/02 the above named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Gary Lynn Hardison be discharged from supervision.

Respectfully submitted,

Glynis L. Eaton
U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 27th day of June, 2005.

Graham C. Mullen
Chief U.S. District Judge